United States District Court
Northern District of New York

# CIVIL JUDGMENT

**TERRY L. GIALTO**

              **V.**              **CASE NUMBER:  5:06-cv-1316 (GJD)**

**GEORGE W. BUSH, ET AL**

[X] **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action is dismissed pursuant to 28 USC 1915(e)(2)(B) and Rule 5.4(a) with prejudice as frivolous, and it is further certified that any appeal of this matter would not be taken in good faith pursuant to 28 USC 1915(a)(3). Defendants' motion for a more definite statement is denied as moot.

All of the above pursuant to the order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 19th day of April, 2007.

**APRIL 20, 2007**                            **LAWRENCE K. BAERMAN**
_____  _____
**DATE**                                          **CLERK OF COURT**

                                                               **s/**

                                                               _____
                                                                **JOANNE BLESKOSKI**
                                                               **DEPUTY CLERK**